FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 10 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| EDGAR MEDINA, | CASE NO. CV 05-4504 PA (JTL) |
|---|---|
| Petitioner, | ORDER ADOPTING FINDGINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| JOE McGRATH, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition for Writ of Habeas Corpus, all the records and files herein, as well as the Report and Recommendation of the United States Magistrate Judge and the objections filed by Respondent. The court has conducted a *de novo* review of those matters to which objections have been raised. The court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that judgment be entered dismissing the Petition for Writ of Habeas Corpus with prejudice.

DATED: March 6, 2008

Percy Anderson
UNITED STATES DISTRICT JUDGE