[Stamp: LODGED CLERK, U.S. DISTRICT COURT OCT - 3 2007 CENTRAL DISTRICT OF CALIFORNIA BY ___ DEPUTY]

[Stamp: FILED - WESTERN DIVISION CLERK, U.S. DISTRICT COURT MAR 10 2008 CENTRAL DISTRICT OF CALIFORNIA BY ___ DEPUTY]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR MEDINA,<br><br>  Petitioner,<br><br>  v.<br><br>JOE MCGRATH, Warden,<br><br>  Respondent. | Case No. CV 05-4504-PA (JTL)<br><br>**J U D G M E N T** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed with prejudice.

DATED: 3/6/08

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE